# Court of Appeals
# of the State of Georgia

ATLANTA,  November 21, 2025

*The Court of Appeals hereby passes the following order:*

## A26E0094. NASLYN RAMSUMAIR v. DONALD RAMSUMAIR.

Naslyn Ramsumair has filed a motion for an extension of time to file an application for discretionary review of an October 22, 2025 order denying her motion to set aside a declaratory judgment. The motion is hereby GRANTED. The movant is granted a 30-day extension resulting in a due date of December 21, 2025. No further extensions will be granted. See Ga. Ct. App. R. 16(c).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  11/21/2025

   I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

   Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*